1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARL D. WHITE,

11           Plaintiff,                      No. CIV S-07-560 FCD GGH P

12       vs.

13   R. RHODES, et al.,

14           Defendants.

15   _____/              ORDER

16           Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20           Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22           Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $ 4.34 will be assessed by this

24   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

25   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

26   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

                                              1

1    preceding month's income credited to plaintiff's prison trust account.  These payments will be

2    forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

3    account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4            The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

5    and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6    reasonable opportunity to prevail on the merits of this action.

7            In accordance with the above, IT IS HEREBY ORDERED that:

8            1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

9            2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

10   Plaintiff is assessed an initial partial filing fee of $ 4.34.  All fees shall be collected and paid in

11   accordance with this court's order to the Director of the California Department of Corrections

12   and Rehabilitation filed concurrently herewith.

13           3.  Service is appropriate for the following defendants: Correctional Counselor R.

14   Rhodes; Warden Derral G. Adams; California Department of Corrections and Rehabilitation

15   Director James Tilton.

16           4.  The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one

17   summons, an instruction sheet and a copy of the complaint filed March 21, 2007.

18           5.  Within thirty days from the date of this order, plaintiff shall complete the

19   attached Notice of Submission of Documents and submit the following documents to the court:

20                   a.  The completed Notice of Submission of Documents;

21                   b.  One completed summons;

22                   c.  One completed USM-285 form for each defendant listed in number 3

23                   above; and

24                   d.  Four (4) copies of the endorsed complaint filed March 21, 2007.

25           6.  Plaintiff need not attempt service on defendants and need not request waiver of

26   service.  Upon receipt of the above-described documents, the court will direct the United States

2

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2  without payment of costs.

3  DATED:  10/15/07

/s/ Gregory G. Hollows

4

UNITED STATES MAGISTRATE JUDGE

5

GGH:009

6  whit0560.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CARL D. WHITE,

11          Plaintiff,                    No. CIV S-07-560 FCD GGH P

12      vs.

13  R. RHODES, et al.,                    NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          ___1___        completed summons form

19          ___3___        completed USM-285 forms

20          ___4___        copies of the __March 21, 2007__
                                         Complaint

21  DATED:

22

23                                    _____

24                                    Plaintiff

25

26